# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARSHENE COATES, and PROJECT SENTINEL, INC., A California Non-Profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANIL SINGH *dba* Singh's Rental, et al.,<br><br>Defendants.<br>_____/ | Case No. 1:14-cv-01910-LJO-SKO<br><br>**ORDER RE PARTIES' DISCOVERY DISPUTE**<br><br>**FURTHER INFORMAL TELEPHONIC CONFERENCE SET FOR JUNE 29, 2015** |

On April 28, 2015, the parties appeared telephonically for an informal discovery dispute conference. Plaintiffs Starshene Coates and Project Sentinel, Inc. ("Plaintiffs") appeared through their counsel Liza Cristol-Deman, Esq.; Defendants Anil Singh and Roselyn Singh ("Defendants") appeared through their counsel Joann Rangel, Esq., and Steven Stoker, Esq.

The following discovery disputes were discussed and the parties were directed as follows:

**A.     Dispute No. 1**

    **1.     Plaintiffs' Interrogatory No. 1**

Within 30 days from the date of this order, Defendants shall provide a list of all tenants at any properties owned or operated by Defendants between January 1, 2012, and present. The tenant list shall include the (1) names, (2) the last known addresses and contact information, and (3) dates of occupancy for each tenant.

    **2**.     **Plaintiffs' Request for Production of Documents ("RFP") No. 1**

Within 30 days from the date of this order, Defendants shall provide tenant files from January 1, 2010, to present of all tenants who were evicted through judicial procedures or were served with a notice to quit and voluntarily quit their tenancy. All tenant files produced shall be redacted to protect private information such as social security numbers, banking information, or other personal and confidential information. Further, the parties shall enter into a stipulation aimed at protecting the confidentiality of the information contained within the tenant files. Defendants shall also assemble a list of any tenants who occupied dwellings owned or operated by Defendants between January 1, 2010, and the present, and who have made untimely rental payments and suffered any kind of consequence such as, but not limited to, a notice letter. The parties shall meet and confer regarding any further limitations or expansions to the scope of the list.

    **3.     Plaintiffs' RFP No. 3**

Plaintiffs have not sufficiently established how applicant files are relevant. As such, Defendants are not required to supplement their response to this RFP.

**B.     Dispute No. 2:  Plaintiffs' Interrogatory No. 4 and RFP No. 7**

Within 30 days from the date of this order, Plaintiffs are to provide Defendants with a list of all Defendants' rental properties Plaintiffs have identified. Defendants are to confirm whether this represents all properties owned or operated by Defendants since January 1, 2010, and shall provide supplemental information to the extent Plaintiffs' list omits any properties owned or operated by Defendants.

**C.      Dispute No. 3: Plaintiffs' Interrogatory No. 16 and RFP Nos. 14, 15, and 16**

The parties shall meet and confer regarding evidence of Defendants' net worth that Plaintiffs seek in these discovery requests. The parties shall discuss whether a stipulation as to Defendants' net worth can be agreed to or whether production at a future date can be agreed upon.

**D.      Dispute No. 4: Supplemental Discovery Responses**

Within 30 days of the date of this order, Defendants shall provide supplemental responses to Plaintiffs' Interrogatories Nos. 9, 14, 15, and RFP No. 2. Included in their supplemental responses, Defendants shall state all facts currently known that support Defendants' affirmative defenses set forth in their answer.

**E.      Further Meet and Confer and Follow-Up Telephonic Discovery Dispute**

By no later than June 10, 2015, the parties are to meet and confer regarding the remaining issues as discussed above.

A further informal telephonic discovery dispute is SET for **June 29, 2015, at 3:00 p.m**. The parties shall coordinate one conference call to the court at the date and time for the conference. On or before June 19, 2015, the parties shall submit, via email to skoorders@caed.uscourts.gov, informal 2-3 page letter briefs setting forth the result of their meet and confer discussions as well as their respective positions on any remaining discovery disputes.

IT IS SO ORDERED.

Dated:   **April 29, 2015**                                      /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE