# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

STARSHENE COATS,  et al.,

             Plaintiffs,

    v.

ANIL SINGH, et al.,

             Defendants.

_____/

Case No.  1:14-cv-1910-LJO-SKO

**ORDER ON PARTIES' STIPULATED REQUEST FOR THE ISSUANCE OF A PROTECTIVE ORDER**

(Doc. 18)

On May 18, 2015, the parties filed a stipulated request for a protective order.  (Doc. 18.) The court enters the Protective Order set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **May 19, 2015**                              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE