Steven R. Stoker   154947
**PASCUZZI, PASCUZZI & STOKER**
**A Professional Corporation**
2377 West Shaw Avenue, Suite 101
Fresno, California  93711
Telephone:   (559) 227-1100
Facsimile:   (559) 227-1290
E-mail:   *sstoker@pascuzzi.net*

Attorneys for **ANIL SINGH AND ROSELYN SINGH**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| STARSHENE COATES and PROJECT SENTINEL, a California Not-for-profit Corporation,<br><br>                              Plaintiff,<br><br>vs.<br><br>ANIL SINGH and ROSELYN SINGH, Individually and Doing Business as Singh's Rental,<br><br>                              Defendants. | Case No. 1:14-CV-01910-LJO-SKO<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

The parties to the above-captioned action filed a Stipulation for Order Continuing Settlement Conference.  Good cause appearing therefor,

IT IS HEREBY ORDERED that the Settlement Conference in this matter scheduled for July 30, 2015, at 10:00 AM shall be continued to September 18, 2015, at 10:00 a.m., in Department 6 of the above-entitled court.

IT IS SO ORDERED.

Dated:   July 13, 2015                   /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE