# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| STARSHENE COATES and PROJECT SENTINEL, a California Not-for-profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANIL SINGH and ROSELYN SINGH, Individually and Doing Business as Singh's Rental,<br><br>Defendants. | Case No. 1:14-CV-01910-LJO-SKO<br><br>**ORDER CONTINUING NON-EXPERT DISCOVERY DEADLINE** |

The parties to the above-captioned action filed a Stipulation for Order Continuing Non-Expert Discovery Deadline.

Good cause appearing, IT IS HEREBY ORDERED that the non-expert discovery deadline in this matter shall be continued from September 30, 2015, to October 30, 2015.

IT IS SO ORDERED.

Dated:   **September 11, 2015**            /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE