# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARSHENE COATES, and PROJECT SENTINEL, INC., A California Non-Profit Corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>ANIL SINGH *dba* Singh's Rental, et al.,<br><br>            Defendants.<br>_____ / | Case No. 1:14-cv-01910-LJO-SKO<br><br>**ORDER APPROVING STIPULATION RE PLAINTIFFS' MOTION TO COMPEL**<br><br>**NOVEMBER 18, 2015, HEARING IS VACATED** |

Based on the stipulation of the parties to the discovery dispute, and good cause appearing therefor, it is hereby ordered:

1.     No later than November 25, 2015, the Housing Authority, will produce a list of its clients who have resided in properties owned or managed by defendants (Roselyn Singh, Anil Singh, Singh's Rentals), including their current or last known contact information such as phone number, address, and if available, email address. The Housing Authority's obligation to produce the list is conditioned upon receipt of plaintiffs' payment pursuant to Item 4, below.

2.     No later than November 25, 2015, the Housing Authority will produce any

documents that reflect complaints made about Mr. Singh's behavior or comments of a sexual or romantic nature. The Housing Authority's obligation to produce the documents is conditioned upon receipt of plaintiffs' payment pursuant to Item 4, below.

3. The Housing Authority will redact Sensitive Personally Identifiable Information ("SPII"), defined as Driver's license number, social security number, information which would be found in medical records such as medical account numbers, financial account numbers (credit or debit card numbers), State ID numbers, Passport numbers, Alien Registration numbers, biometric identifiers (e.g. fingerprints), and any information which when lost, compromised or disclosed could lead to identity theft. For purposes of this order, SPII does not include names, addresses, phone numbers, or email addresses provided by the Housing Authority pursuant to Item 1.

4. Plaintiffs will compensate the Housing Authority for the employee time reasonably needed for the compilation and redaction of responsive documents at a cost of $15/hour, not to exceed a total of $1,200. Plaintiffs will mail a check for $1,200 to the Housing Authority no later than November 9, 2015, which shall be held in trust until the production is completed and an invoice is prepared. The Housing Authority shall refund to plaintiffs the unused portion of the money, if any.

5. The hearing on plaintiffs' motion to compel is hereby taken off calendar. In the event that the Housing Authority does not comply with the terms of the parties' stipulation, plaintiffs may contact the Court by no later than December 4, 2015, to request an informal discovery conference, notwithstanding the discovery cut-off date.

IT IS SO ORDERED.

Dated:   **November 10, 2015**                    **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE