# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARSHENE COATES and PROJECT SENTINEL, a California Not-for-profit Corporation,<br>Plaintiffs,<br>         vs.<br><br>ANIL SINGH and ROSELYN SINGH, Individually and Doing Business as Singh's Rental,<br><br>         Defendants. | Case No. 1:14-cv-01910-LJO-SKO<br><br>JOINT APPLICATION AND STIPULATION FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS UNTIL JANUARY 12, 2016; ORDER |

The parties to this action, by and through their counsel of record, hereby stipulate and apply for a two-week continuance of the hearing on defendants' motion for judgment on the pleadings, PACER document 36, filed on November 23, 2015.  There is good cause to grant this brief continuance:

First, this request is based on the agreement of all parties.

Second, this short continuance does not affect any of the other deadlines or delay the trial in this case. Even if the continuance is granted, the motion will be heard before the dispositive motion hearing cut off, which is presently January 27, 2016.

Third, no continuances or extensions have been sought previously.

Fourth, the current hearing date of December 29, 2015, and the need to

-1-

review defendants' reply brief, interferes with plaintiffs' counsel's plans over the winter holidays. This brief continuance will allow plaintiffs' attorneys to spend the week between Christmas and New Years Eve with family.

SO STIPULATED.

*Filing counsel attests that all parties whose electronic signatures appear below have consented to this document.*

Dated: December 14, 2015.

>Respectfully submitted,
>BRANCART & BRANCART
>
> /s/ Liza Cristol-Deman
>Liza Cristol-Deman
>Attorneys for Plaintiffs
>
>LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
>
>/s/ Joann M. O. Rangel
>Joann M.O. Rangel
>Attorneys for Defendants
>
>PASCUZZI, PASCUZZI & STOKER
>
>/s/ Steven R. Stoker
>Steven R. Stoker
>Attorneys for Defendants

IT IS SO ORDERED.

Dated:   **December 15, 2015**           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28