# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARSHENE COATES and PROJECT SENTINAL, a California not-for-profit Corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANIL SINGH and ROSELYN SINGH, Individually and Doing Business as Singh's Rental,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:14-cv-01910-SKO<br><br>**ORDER GRANTING PARTIES' STIPULATED REQUEST TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE** |

On February 25, 2016, the parties filed a request to continue the trial and pretrial conference dates due Defendants' counsel's calendar conflict. (Doc. 48.) On February 26, 2016, following the parties' consent to magistrate judge jurisdiction, this case was reassigned to the undersigned for all purposes, including trial. Pursuant to the parties' stipulation and good cause having been shown, the trial and pretrial conference will be continued as requested.

Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial conference is continued to June 30, 2016, at 2:00 p.m. in Courtroom 7; and

2. The trial is continued to August 30, 2016, at 8:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:   **March 2, 2016**                                 **/s/ Sheila K. Oberto**
                                                                      UNITED STATES MAGISTRATE JUDGE

2