BRANCART & BRANCART
  Christopher Brancart (CBN 128475)
  cbrancart@brancart.com
  Liza Cristol-Deman (CBN 190516)
  lcristoldeman@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARSHENE COATES and PROJECT SENTINEL, a California Not-for-profit Corporation,<br><br>           Plaintiffs,<br><br>    vs.<br><br>ANIL SINGH and ROSELYN SINGH, Individually and Doing Business as Singh's Rental,<br><br>           Defendants. | Case No. 1:14-cv-01910-SKO<br><br>NOTICE OF SETTLEMENT<br><br>Trial Date:   August 31, 2016 |

     Pursuant to Eastern District Local Rule 160, plaintiffs give notice that this matter has been resolved by agreement of the parties.  The final documents disposing of the action will be filed within 21 days.

     Dated: August 1, 2016

                                          Respectfully submitted,

                                          BRANCART & BRANCART

                                          */s/ Liza Cristol-Deman*
                                          Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on August 1, 2016, I served by email a copy of the attached document, entitled  **NOTICE OF SETTLEMENT** upon the following attorneys:

Mr. Steven R. Stoker
Pascuzzi, Pascuzzi & Stoker
2377 West Shaw Ave., Suite 101
Fresno, CA 93711
sstoker@pascuzzi.net

Ms. Joann Rangel
Lewis Brisbois Bisgaard & Smith LLP
2020 West El Camino Ave., Suite 700
Sacramento, CA 95833
 joan.rangel@lewisbrisbois.com

     Executed this 1st of August 2016 in Santa Ana, California.


                                                       */s/ Liza Cristol-Deman*