# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARSHENE COATS, et al., | Case No. 1:14-cv-1910-SKO |
| Plaintiffs, | |
| v. | **JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING DISMISSAL** |
| ANIL SINGH, et al., | |
| Defendants. | |

This Court issued a minute order dated August 2, 2016 (ECF 57), ordering the parties to file a dismissal or other concluding papers within 21 days. By this application and stipulation, the parties seek an order extending the deadline for an additional 21 days, through September 14, 2016. There is good cause to grant this extension:

First, this request is based on the agreement of all parties.

Second, the settlement agreement has been signed by all parties without delay. Plaintiffs intend to file a request for dismissal, with the court retaining jurisdiction for enforcement purposes, as soon as defendants make their initial payment under the terms of the settlement agreement. The deadline for that initial payment has not yet occurred. Under the terms of the agreement, defendants must make the initial payment by September 8, 2016, and pay the balance of the settlement by November 7, 2016.

For the foregoing reasons, the parties request that the Court issue an order extending the deadline to file a dismissal until September 14, 2016.

SO STIPULATED.

*Filing counsel attests that all parties whose electronic signatures appear below have consented to this document.*

Dated: August 24, 2016

                                          Respectfully submitted,
BRANCART & BRANCART
*/s/ Liza Cristol-Deman*
Attorneys for Plaintiffs

LEWIS BRISBOIS BISGAARD & SMITH LLP
*/s/ Joann M. O. Rangel*
Joann M. O. Rangel
Attorneys for Defendants

PASCUZZI, PASCUZZI & STOKER
*/s/ Steven R. Stoker*
Steven R. Stoker
Attorneys for Defendants

**ORDER**

Pursuant to the parties' stipulation and good cause shown, the parties shall have until September 14, 2016, to file their dismissal documents.

IT IS SO ORDERED.

Dated:   **August 28, 2016**                                    /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE