# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARSHENE COATES and PROJECT SENTINEL, a California Not-for-profit Corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ANIL SINGH and ROSELYN SINGH, Individually and Doing Business as Singh's Rental,<br><br>　　　　Defendants. | Case No. 1:14-cv-01910 SKO<br><br>**ORDER DISMISSING ACTION** |

Based upon the joint application and stipulation of the parties (Doc. 60), it is hereby ORDERED that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITH PREJUDICE, subject to the terms of the settlement agreement executed by the parties. The Court shall retain jurisdiction for purposes of enforcement only.

IT IS SO ORDERED.

Dated:　**September 13, 2016**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE